IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| EMILY READ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) Civil Action No. 6:20-CV-044-C |

### ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed July 29, 2020, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED this 3rd day of August, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE